# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13734

_____

MARCUS BERNARD WILLIAMS,

*Petitioner-Appellee,*

*versus*

STATE OF ALABAMA,

*Respondent-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 1:07-cv-01276-KOB

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 3, 2026

For the Court: DAVID J. SMITH, Clerk of Court